JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) ) | Case Nos. EDCV 14-00822-VAP |
|---|---|---|
| | ) | EDCR 12-00017-VAP |
| Plaintiff/Respondent, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| JOHN JAMES FLORES, | ) ) | |
| Defendant/Movant. | ) ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Movants's Motion for Relief Under 28 U.S.C. § 2255 is DENIED. The Court orders that such judgment be entered.

Dated: September 18, 2014

_____
VIRGINIA A. PHILLIPS
United States District Judge